**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**John BROCK, Respondent.**

Supreme Court of Pennsylvania.

March 10, 2011.

### ORDER

PER CURIAM.

**AND NOW,** this 10th day of March 2011, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Did the trial court err in dismissing the serious charges against defendant under Rule 600, where he waived his Rule 600 claim by failing to file a motion to dismiss, and by voluntarily failing to appear for the March 8, 2005 trial listing?